UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW D. WETZEL                                      CIVIL ACTION

VERSUS                                                NO. 09-7211

ALLISON PENZATO, ET AL.                               SECTION: "C"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23 day of December, 2009.

UNITED STATES DISTRICT JUDGE